UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-61549-CIV-SINGHAL

GENERAL STAR INDEMNITY COMPANY,

Plaintiff,

v.

ZEIG LAW FIRM, LLC, *et al.*,

Defendants.
_______________________________________/

**ORDER**

**THIS CAUSE** is before the Court upon Plaintiff's Motion to Dismiss Experian (the "**Motion**"). (DE [34]). Plaintiff seeks a declaratory judgment concerning rights and duties under an insurance policy and joined Experian so it would be bound by same. *See id.* at 1. Plaintiff does not otherwise seek relief against Experian. *Id.* at 2. Now, having obtained Experian's stipulation to abide by any judgment entered here, Plaintiff moves to dismiss all claims against Experian. *See id.* And although Defendants represented they would oppose the Motion, *see id.* at 4, they have failed to file a response. Accordingly, having considered the unopposed Motion and finding good cause to grant the requested relief, it is hereby

**ORDERED AND ADJUDGED** that the Motion (DE [34]) is **GRANTED**. All Plaintiff's claims against Experian Information Solutions, Inc. are **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is respectfully directed to **CANCEL** all hearings and deadlines as to Experian.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 12th day of November 2026.

Copies furnished to counsel via CM/ECF

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE